**Motion Granted; Order of September 12, 2013, Withdrawn; Order filed November 7, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00554-CR
_____

**KERRY DEAN PARKS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1385381**

## ORDER

On September 12, 2013, this Court issued an order abating the appeal and directing the trial court to conduct a hearing on appellant's motion for new trial.

On November 5, 2013, appellant filed a motion to reinstate the appeal because he withdrew his motion for new trial.

The motion is granted. Our order of September 12, 2013, is withdrawn. The appeal is reinstated. Appellant's brief is due **December 10, 2013.** .

PER CURIAM